RECEIVED
JAN - 5 2009
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 06-60074-04 |
| VERSUS | JUDGE DOHERTY |
| RODNEY ONTAVIOUS GATLIN | MAGISTRATE JUDGE HILL |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE CONCERNING PLEA OF GUILTY

After reviewing all relevant matters of record, including the Plea Agreement [Rec. Doc. 479], the Report and Recommendation Concerning Plea of Guilty of the United Sates Magistrate Judge [Rec. Doc. 481], and the transcript of the plea hearing [Rec. Doc. 484], and no objections thereto having been filed with the time frame provided by the magistrate Judge (who, finding good and just cause, reduced the amount of time for filing objections contained in 28 U.S.C. § 636), the undersigned District Judge is of the opinion that the Report and Recommendation of the Magistrate Judge concerning the Plea of guilty is correct, and it is hereby accepted by the Court. Accordingly, the Court accepts the plea of guilty, and Defendant is hereby adjudged guilty. Sentence will be imposed following receipt of the Presentence Report and any presentence memoranda counsel wish to file.

Signed this 5 day of January, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE